# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES W. PENGILLY, *et al.*, | Case No. 2:14-cv-01463-RFB-NJK |
| PLAINTIFF(S), | |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| NEVADA ASSOTIATION SERVICE, INC., *et al*., | |
| DEFENDANT(S). | |

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendant **John Christopher Stuhmer** according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendant **John Christopher Stuhmer**.

DATED this 6th day of April, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**