

Michael R. Brooks, Esq.
Nevada Bar No. 7287
Alia A. Najjar, M.D., Esq.
Nevada Bar No. 12832
**BROOKS HUBLEY, LLP**
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134
Tel:   (702) 851-1191
Fax:   (702) 851-1198
anajjar@brookshubley.com
*Attorneys for Green Tree Servicing LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES W. PENGILLY, a Nevada resident, | 2:14-cv-01463-RFB-NJK |
| Plaintiff(s), | (Removed from Eighth Judicial District Court, Clark County, Nevada, Case No. A-14-695263-C) |
| v. | |
| NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; MARK A. STUHMER, a Nevada resident; DOUGLAS L. CROOK, a Nevada resident; BILL BLANCHARD, a Nevada resident; KENNETH R. SAILEY, a Nevada resident; ERIKA GEISER, a Nevada resident; KE ALOHA HOLDINGS, LLC, a Nevada Limited Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | **STIPULATION AND ORDER TO SET ASIDE DEFAULT AGAINST GREEN TREE SERVICING LLC** |
| Defendants. | |

Ke Aloha (Pengilly) SAO Re Setting Aside Default/1210-0134

Page 1 of 4

|   |   |
|---|---|
| 1 | KE ALOHA HOLDINGS, LLC, a Nevada limited liability company, |
| 2 |   |
|   | Counterclaimant, |
| 3 | v. |
|   |   |
| 4 | JAMES W. PENGILLY, an individual; AMANDA M. PENGILLY, an individual; |
| 5 | JAMES W. PENGILLY and AMANDA M. PENGILLY, as trustees of the James W. |
| 6 | Pengilly Trust, dated September 22, 2003; GREEN TREE SERVICING LLC, a Delaware |
| 7 | Limited Liability Company; UNITED STATES INTERNAL REVENUE SERVICE; BANK |
| 8 | OF AMERICA, a National Association; and any and all other persons unknown claiming |
| 9 | any right, title, estate, lien or interest in the Property adverse to the Plaintiff's ownership, |
| 10 | or any cloud upon Plaintiff's title thereto (DOES 1 through 10, inclusive); |
| 11 |   |
|   | Counterdefendants. |
| 12 |   |

13   COMES NOW, GREEN TREE SERVICING, LLC ("Green Tree"), by and

14 through its attorneys of record, Brooks Hubley, LLP, and KE ALOHA HOLDINGS, LLC

15 (hereinafter "Ke Aloha"), and hereby stipulate and agree to a binding Court order as

16 follows:

17                                **RECITALS**

18   1.   Plaintiff James W. Pengilly filed this action in the Eighth Judicial District

19 Court, Clark County, Nevada, as Case No. A-14-695263-C;

20   2.   Ke Aloha filed a Counterclaim in this action against Green Tree in the

21 Eighth Judicial District Court, Clark County, Nevada on June 24, 2014;

22   3.   This matter was removed to this Court on September 11, 2014;

23 ///

24   Ke Aloha (Pengilly) SAO Re Setting Aside Default/1210-    Page 2 of 4

4. Ke Aloha filed a Request for Entry of Clerk's Default against Green Tree on April 30, 2015;

5. A Default was entered against Green Tree on April 30, 2015, and

6. The parties wish to set aside the Default to allow Green Tree to respond to Ke Aloha's Counterclaim.

## STIPULATIONS

IT IS HEREBY STIPULATED between Ke Aloha and Green Tree that the Default entered against Green Tree be set aside; and

Green Tree has twenty (20) days from the entry of this order to file its response to Ke Aloha's Counterclaim.

Dated this 8th day of May, 2015.

GREENE INFUSO, LLP

_____
Michael V. Infuso
Zachary P. Takos
3030 South Jones Blvd., Suite 101
Las Vegas, Nevada 89146
*Attorneys for Ke Aloha Holdings, LLC*

Dated this 12th day of May, 2015.

BROOKS HUBLEY, LLP

_____
Michael R. Brooks
Alia A. Najjar
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Green Tree Servicing LLC*

## ORDER

Based upon the above and foregoing Stipulation between Ke Aloha Holdings, LLC and Green Tree Servicing LLC, and good cause appearing:

IT IS HEREBY ORDERED that the Default entered against Green Tree Servicing LLC on April 30, 2015, is set aside; and

///

///

IT IS FURTHER ORDERED that Green Tree has twenty (20) days from entry of this order to file a response to Ke Aloha's Counterclaim.

DATED this 31st day of May, 2015.

ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge