UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES W. PENGILLY,<br><br>   Plaintiff,<br><br> v.<br><br>NEVADA ASSOCIATION SERVICES, INC., *et al.*,<br><br>   Defendants. | Case No. 2:14-cv-01463-RFB-NJK<br><br>ORDER |

  For the reasons given at the hearing on June 22, 2015, ECF No. 17,

  IT IS ORDERED that Plaintiff James W. Pengilly shall deposit[1] a bond payment in the amount of $10,800.00 in support of the Preliminary Injunction in this matter to the Clerk of this Court by July 22, 2015.

  IT IS FURTHER ORDERED that by the 22nd day of every month thereafter for as long as the Preliminary Injunction shall remain in effect, Plaintiff shall deposit monthly bond payments in the amount of $1,200.00 to the Clerk.  The bond payments will be held in the Clerk's Registry Account until further Order of this Court.

  The Clerk shall hold the money until the end of the case at which point the Court will issue an order regarding the disbursement of the funds.

  DATED: July 16, 2015.

                  RICHARD F. BOULWARE II
                  UNITED STATES DISTRICT COURT

---

[1] Pursuant to D. Nev. R. 65.1-4, the Clerk is not permitted to accept personal checks or checks from an attorneys.  A Certificate of Cash Deposit form is available on the Court's website at http://www.nvd.uscourts.gov/Forms.aspx.