Michael V. Infuso, Esq., Nevada Bar No. 7388
Zachary P. Takos, Esq., Nevada Bar No. 11293
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
       ztakos@greeneinfusolaw.com

Attorneys for Ke Aloha Holdings, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES W. PENGILLY, a Nevada resident, | 2:14-cv-01463-RFB-NJK |
| Plaintiff, | (Removed from Eighth Judicial District Court, Clark County, Nevada, Case No. A-14-695263-C) |
| v. | |
| NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; MARK A. STUHMER, a Nevada resident; DOUGLAS L. CROOK, a Nevada resident; BILL BLANCHARD, a Nevada resident; KENNETH R. SAILLEY, a Nevada resident; ERIKA GEISER, a Nevada resident; KE ALOHA HOLDINGS, LLC, a Nevada Limited Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X inclusive; | **STIPULATION AND ORDER FOR PARTIAL RELEASE OF CASH BOND** |
| Defendant. | |

1

1   KE ALOHA HOLDINGS, LLC, a Nevada
    limited liability company,

2                              Counterclaimant,

3   v.

4   JAMES W. PENGILLY, an individual;
    AMANDA M. PENGILLY, an individual;
5   JAMES W. PENGILLY and AMANDA M.
    PENGILLY, as trustees of the James W.
6   Pengilly Trust, dated September 22, 2003;
    GREEN TREE SERVICING, LLC, a
7   Delaware limited liability company;
    UNITED STATES INTERNAL REVENUE
8   SERVICE; BANK OF AMERICA, National
    Association; and any and all other persons
9   unknown claiming any right, title, estate, lien
    or interest in the Property adverse to the
10  Plaintiff's ownership, or any cloud upon
    Plaintiff's title thereto (DOES 1 through 10,
11  inclusive);

12                             Counterdefendants.

13  GREEN TREE SERVICING LLC, a
    Delaware limited liability company,
14
                   Counterclaimant and Crossclaimant,
15
    v.
16
    KE ALOHA HOLDINGS, LLC; NEVADA
17  ASSOCIATION SERVICES, INC., a
    Nevada Corporation; WEST
18  CHARLESTON LOFTS OWNERS
    ASSOCIATION, a domestic non-profit
19  corporation; and DOES I through X,
    inclusive,
20
                          Counterdefendants and
21                              Crossdefendants.

22

23          Ke Aloha Holdings, LLC, a Nevada limited liability company ("Ke Aloha") by and

24  through its counsel of record, the firm of Greene Infuso, LLP; James W. Pengilly and Amanda M.

25  Pengilly ("Pengilly") by and through their counsel of record, Pengilly Law Firm; Green Tree

26  Servicing, LLC ("Green Tree") by and through its counsel of record, the firm of Brooks Hubley,

27  LLP; United States Internal Revenue Service ("IRS") by and through the Department of Justice;

28

1   and Nevada Association Services, Inc., a Nevada corporation, Douglas L. Crook, Erika Geiser,

2   Mark A. Stuhmer (collectively "HOA Parties"), by an through their counsel of record, the firm of

3   Leach Johnson Song & Gruchow, hereby stipulate as follows:

4         WHEREAS, the Allerton Park Homeowners Association has a lien against the property at

5   dispute in this litigation commonly known as 11441 Allerton Park Drive, #411, Las Vegas,

6   Nevada 89135; APN 164-02-113-031 (the "Property") in the amount of $4,529.33;

7         WHEREAS, the Allerton Park Homeowners Association, by and through its agent Nevada

8   Association Services, Inc. recorded a Notice of Foreclosure Sale of the Property on or June 9,

9   2015;

10         WHEREAS, the Property is set to be sold at public auction on or about August 14, 2015;

11         WHEREAS, on or about July 22, 2015, Pengilly deposited a cash bond with the Court in

12   the amount of $10,800.00 in compliance with the Court's July 21, 2015 Order;

13         WHEREAS, the parties wish to avoid the Property being sold at public auction until such

14   time this litigation can be resolved; and

15         THEREFORE, the parties hereby agree and stipulate to the partial release of the cash bond

16   in the amount of $4,529.33 to the Greene Infuso, LLP IOLTA Trust for the fees assessed by to be

17   paid and to stop the Property from being sold at public auction.

18   Dated: August _10, 2015.              Dated: August 10, 2015.

19   Greene Infuso, LLP                  Pengilly Robbins

20

21   /s/ Michael V. Infuso               /s/ David M. Gardner
    Michael V. Infuso, Esq., Nevada Bar No. 7388     David M. Gardner, Esq.
    Zachary P. Takos, Esq., Nevada Bar No. 11293   Nevada Bar No. 12375

22   3030 South Jones Boulevard, Suite 101        1995 Village Center Circle
    Las Vegas, Nevada 89146              Suite 155

23                                   Las Vegas, Nevada 89134

24   Attorneys for Ke Aloha Holdings, LLC        Attorneys for James W. Pengilly and
                                Amanda M. Pengilly

25

26

27

28

1

**ORDER**

2     IT IS HEREBY ORDERED that the Clerk of this Court shall release the cash bond

3  deposited by James W. Pengilly in the amount of $4,529.33 to Greene Infuso, LLP IOLTA Trust.

4     IT IS FURTHER ORDERED that upon receipt of the proceeds of the case bond from the

5  Clerk of this Court that Greene Infuso, LLP pay the fees due on the Property to the Allerton Park

6  Homeowners Association in the amount of $4,529.33.

7     IT IS FURTHER ORDERED that the Court's Order dated July 21, 2015, shall remain in

8  effect.

9        DATED this 2nd  day of _September_____, 2015.

10

11

12

13                         RICHARD F. BOULWARE, II
                          United States District Judge

14

15  Submitted by:

16  Greene Infuso, LLP

17  /s/ Michael V. Infuso
    Michael V. Infuso, Esq., Nevada Bar No. 7388
18  Zachary P. Takos, Esq., Nevada Bar No. 11293
    3030 South Jones Boulevard, Suite 101
19  Las Vegas, Nevada 89146

20  Attorneys for Ke Aloha Holdings, LLC

21

22

23

24

25

26

27

28