Michael V. Infuso, Esq., Nevada Bar No. 7388
Zachary P. Takos, Esq., Nevada Bar No. 11293
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
        ztakos@greeneinfusolaw.com

Attorneys for Ke Aloha Holdings, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES W. PENGILLY, a Nevada resident,<br><br>                              Plaintiff,<br><br>v.<br><br>NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; MARK A. STUHMER, a Nevada resident; DOUGLAS L. CROOK, a Nevada resident; BILL BLANCHARD, a Nevada resident; KENNETH R. SAILLEY, a Nevada resident; ERIKA GEISER, a Nevada resident; KE ALOHA HOLDINGS, LLC, a Nevada Limited Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X inclusive;<br><br>                              Defendant. | 2:14-cv-01463-RFB-NJK<br><br>(Removed from Eighth Judicial District Court, Clark County, Nevada, Case No. A-14-695263-C)<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION FOR SUMMARY JUDGMENT, RESPONSES AND COUNTERMOTIONS** |

1

| | |
|---|---|
| 1 | KE ALOHA HOLDINGS, LLC, a Nevada limited liability company, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | JAMES W. PENGILLY, an individual; AMANDA M. PENGILLY, an individual; JAMES W. PENGILLY and AMANDA M. PENGILLY, as trustees of the James W. Pengilly Trust, dated September 22, 2003; GREEN TREE SERVICING, LLC, a Delaware limited liability company; UNITED STATES INTERNAL REVENUE SERVICE; BANK OF AMERICA, National Association; and any and all other persons unknown claiming any right, title, estate, lien or interest in the Property adverse to the Plaintiff's ownership, or any cloud upon Plaintiff's title thereto (DOES 1 through 10, inclusive); |
| 12 | |
| 13 | Counterdefendants. |
| 14 | GREEN TREE SERVICING LLC, a Delaware limited liability company, |
| 15 | Counterclaimant and Crossclaimant, |
| 16 | v. |
| 17 | KE ALOHA HOLDINGS, LLC; NEVADA ASSOCIATION SERVICES, INC., a Nevada Corporation; WEST CHARLESTON LOFTS OWNERS ASSOCIATION, a domestic non-profit corporation; and DOES I through X, inclusive, |
| 21 | Counterdefendants and Crossdefendants. |

Ke Aloha Holdings, LLC, a Nevada limited liability company ("Ke Aloha") by and through its counsel of record, the firm of Greene Infuso, LLP; James W. Pengilly and Amanda M. Pengilly (collectively "Pengilly Parties") by and through his counsel of record, the firm of Pengilly Robbins; Green Tree Servicing, LLC ("Green Tree") by and through its counsel of record, the firm of Brooks Hubley, LLP; United States Internal Revenue Service ("IRS") by and through the Department of Justice; and Nevada Association Services, Inc., a Nevada corporation,

Douglas L. Crook, Erika Geiser, Mark A. Stuhmer (collectively "HOA Parties"), by an through their counsel of record, the firm of Leach Johnson Song & Gruchow, hereby stipulate as follows:

WHEREAS, the Ke Aloha filed a Motion for Summary Judgment ("Motion") (filed with the Court as Document no. 43) on or about July 27, 2015;

WHEREAS, the United States of America, Internal Revenue Service filed a Statement on the Motion ("IRS Statement") (filed with the Court as Documents no. 46) on or about August 20, 2015;

WHEREAS, Pengilly filed a response to the Motion ("Pengilly Response") (filed with the Court as Document no. 47) on or about August 20, 2015;

WHEREAS, Green Tree filed a response to the Motion and Countermotion for Discovery ("Green Tree Response") (filed with the Court as Document nos. 48, 52 and 53) on or about August 20, 2015; and

THEREFORE, the parties hereby agree and stipulate to withdraw the Ke Aloha Motion, the Pengilly Response and Green Tree Response without prejudice and, without effect or prejudice upon any motions filed prior.

Dated: September 9, 2015.

Greene Infuso, LLP

/s/ Michael V. Infuso
Michael V. Infuso, Esq., Nevada Bar No. 7388
Zachary P. Takos, Esq., Nevada Bar No. 11293
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

Attorneys for Ke Aloha Holdings, LLC

Dated: September 9, 2015.

Pengilly Robbins

/s/ David M. Gardner
David M. Gardner, Esq.
Nevada Bar No. 12375
1995 Village Center Circle
Suite 155
Las Vegas, Nevada 89134

Attorneys for James W. Pengilly and Amanda M. Pengilly

Dated: September 9, 2015.

BROOKS HUBLEY, LLP

/s/ Michael R. Brooks
Michael R. Brooks, Esq., Nevada Bar #7287
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

Attorneys for Green Tree Servicing, LLC

Dated: September 9, 2015.

LEACH JOHNSON SONG & GRUCHOW

/s/ Sean L. Anderson
Sean L. Anderson, Esq., NV Bar #7259
Ryan W. Reed, Esq., NV Bar #11695
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148

Attorneys for Nevada Association Services, LLC
and West Charleston Lofts Owners Association

Dated: September 9, 2015.

U.S. Department of Justice

/s/ Gerald A. Role
Gerald A. Role, Esq. (IL #6198922)
Trial Attorney, Tax Division
P.O. Box 683
Washington, D.C. 20044

Attorneys for United States Internal Revenue Service

///
///
///
///
///
///

## ORDER

IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by Ke Aloha Holdings, LLC ("Motion") on or about July 27, 2015 is hereby withdrawn without prejudice;

IT IS FURTHER ORDERED that the IRS Statement filed by the United States of America on or about August 20, 2015 is hereby withdrawn without prejudice;

IT IS FURTHER ORDERED that the Response to the Motion filed by the Pengilly Parties on or about August 20, 2015 is hereby withdrawn without prejudice;

IT IS FURTHER ORDERED that the Response to the Motion and Countermotion for Discovery filed by Green Tree on or about August 20, 2015 is hereby withdrawn without prejudice; and

IT IS FURTHER ORDERED that any hearings associated with the Motion, Statement, Responses and Countermotion listed above are hereby vacated and this Order in no way shall no way prejudice or have any effect on any motions or responses, other than those specifically listed in this stipulation and order.

DATED this  11th   day of  September         , 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:

Greene Infuso, LLP

     /s/ Michael V. Infuso
Michael V. Infuso, Esq., Nevada Bar No. 7388
Zachary P. Takos, Esq., Nevada Bar No. 11293
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

Attorneys for Ke Aloha Holdings, LLC