**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES W. PENGILLY, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> NEVADA ASSOCIATION SERVICES, ) <br> INC., et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:14-cv-01463-RFB-NJK <br><br> ORDER <br><br> (Docket No. 75) |

Pending before the Court is Defendants' motion for protective order, filed on an emergency basis. Docket No. 75. The motion relates to a deposition scheduled for March 18, 2016. *Id.* at 5. The Court **ORDERS** that a response must be filed no later than 12:30 p.m. on March 16, 2016, and any reply must be filed no later than 4:00 p.m. on March 16, 2016.

IT IS SO ORDERED.

DATED: March 15, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge