JAMES W. PENGILLY, ESQ.
Nevada Bar No. 6087
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
**PENGILLY LAW FIRM**
1995 Village Center Circle #190
Las Vegas, NV  89134
Telephone:  (702) 889-6665
Facsimile:  (702) 889-6664
E-mail:  jpengilly@pengillylawfirm.com
E-mail: cfuss@pengillylawfirm.com
*Counsel for James W. Pengilly, Amanda M.*
*Pengilly and James W. Pengilly Trust*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES W. PENGILLY, a Nevada resident, | 2:14-cv-01463-RFB-NJK |
| Plaintiff, | (Removed from Eighth Judicial District Court, Clark County, Nevada, Case No. A-14-695263-C) |
| v. | |
| NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; MARK A. STUHMER, a Nevada resident; DOUGLAS L. CROOK, a Nevada resident; BILL BLANCHARD, a Nevada resident; KENNETH R. SAILLEY, a Nevada resident; ERIKA GEISER, a Nevada resident; KE ALOHA HOLDINGS, LLC, a Nevada Limited Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X inclusive; | **STIPULATION AND ORDER TO EXTEND TIME TO FILE A REPLY TO PENGILLY'S AMENDED MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

KE ALOHA HOLDINGS, LLC, a Nevada limited liability company,

                Counterclaimant,

v.

JAMES W. PENGILLY, an individual; AMANDA M. PENGILLY, an individual; JAMES W. PENGILLY and AMANDA M. PENGILLY, as trustees of the James W. Pengilly Trust, dated September 22, 2003; GREEN TREE SERVICING, LLC, a Delaware limited liability company; UNITED STATES INTERNAL REVENUE SERVICE; BANK OF AMERICA, National Association; and any and all other persons unknown claiming any right, title, estate, lien or interest in the Property adverse to the Plaintiff's ownership, or any cloud upon Plaintiff's title thereto (DOES 1 through 10, inclusive);

                Counterdefendants.

GREEN TREE SERVICING LLC, a Delaware limited liability company,

            Counterclaimant and Crossclaimant,

v.

KE ALOHA HOLDINGS, LLC; NEVADA ASSOCIATION SERVICES, INC., a Nevada Corporation; WEST CHARLESTON LOFTS OWNERS ASSOCIATION, a domestic non-profit corporation; and DOES I through X, inclusive,

                Counterdefendants and
                Crossdefendants.

## STIPULATION AND ORDER TO EXTEND TIME TO FILE A REPLY TO PENGILLY'S AMENDED MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff JAMES W. PENGILLY, Counterdefendant JAMES W. PENGILLY and

Counterdefendant AMANDA M. PENGILLY (together "Pengilly"), by and through their attorneys,

**PENGILLY LAW FIRM**, NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation;

MARK A. STUHMER, a Nevada resident; DOUGLAS L. CROOK, a Nevada resident; BILL

BLANCHARD, a Nevada resident; KENNETH R. SAILLEY, a Nevada resident; ERIKA GEISER,

by and through their counsel of record, Leach Johnson Song & Gruchow, and KE ALOHA

HOLDINGS, LLC, by and through its counsel of record Greene Infuso, LLP hereby stipulate and

agree to extend the time for Plaintiff to file his Reply to his Amended Motion for Summary

Judgment for one week to May 16, 2016. (ECF # 97 & 103.) Additionally, the parties agree to

extend the time for Defendants to file a Reply to their Motion for Summary Judgment to May 16,

2016. (ECF # 100.)

| Dated this 9th day of May, 2016. | Dated this 9th day of May, 2016. |
|---|---|
| **PENGILLY LAW FIRM**<br>*/s/ Chad D. Fuss, Esq.*<br>JAMES W. PENGILLY, ESQ.<br>Nevada Bar No. 6087<br>CHAD D. FUSS, ESQ.<br>Nevada Bar No. 12744<br>1995 Village Center Circle #190<br>Las Vegas, NV 89134<br>*Counsel for James W. Pengilly, Amanda M. Pengilly and James W. Pengilly Trust* | **LEACH JOHNSON SONG & GRUCHOW**<br>*Ryan W. Reed, Esq.*<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>RYAN W. REED, ESQ.<br>Nevada Bar No. 11695<br>8945 W. Russell Road, Suite 330<br>Las Vegas, NV 89148<br>*Counsel for Defendants* |
| Dated this 9th day of May, 2016.<br><br>**GREENE INFUSO, LLP**<br>*/s/ Michael V. Infuso, Esq.*<br>MICHAEL V. INFUSO, ESQ.<br>Nevada Bar No. 7388<br>KEITH W. BARLOW, ESQ.<br>Nevada Bar No. 12689<br>3030 S. Jones Blvd., Suite 101<br>Las Vegas, NV 89146<br>*Counsel for Ke Aloha Holdings, LLC* | |

1
2
3
4
5
6
7
8
9
10

**ORDER ON STIPULATION AND ORDER TO EXTEND TIME TO FILE A REPLY TO**

**PENGILLY'S AMENDED MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS'**

**MOTION FOR SUMMARY JUDGMENT**

IT IS SO ORDERED.


Dated this ___ day of May, 2016.
          12th

_____

RICHARD F. BOULWARE, II
United States District Judge

11
12
13
14
15
16
17
18

Submitted by:
**PENGILLY LAW FIRM**

_/s/ Chad D. Fuss, Esq._____
JAMES W. PENGILLY, ESQ.
Nevada Bar No. 6087
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
1995 Village Center Circle #190
Las Vegas, NV  89134
_Counsel for James W. Pengilly, Amanda M._
_Pengilly and James W. Pengilly Trust_

19
20
21
22
23
24
25
26
27
28