Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
Sean B. Kirby, Esq., Nevada Bar No. 14224
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
         kbarlow@greeneinfusolaw.com
         skirby@greeneinfusolaw.com

Attorneys for Defendant/Counterclaimant Ke Aloha Holdings, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES W. PENGILLY, a Nevada resident, <br><br> Plaintiff, <br><br> v. <br><br> NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; MARK A. STUHMER, a Nevada resident; DOUGLAS L. CROOK, a Nevada resident; BILL BLANCHARD, a Nevada resident; KENNETH R. SAILLEY, a Nevada resident; ERIKA GEISER, a Nevada resident; KE ALOHA HOLDINGS, LLC, a Nevada Limited Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X inclusive; <br><br> Defendant. | Case No.  2:14-cv-01463-RFB-NJK <br><br> (Removed from Eighth Judicial District Court, Clark County, Nevada, Case No. A-14-695263-C) <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES** (First Request) |

KE ALOHA HOLDINGS, LLC, a Nevada limited liability company,

Counterclaimant,

v.

JAMES W. PENGILLY, an individual; AMANDA M. PENGILLY, an individual; JAMES W. PENGILLY and AMANDA M. PENGILLY, as trustees of the James W. Pengilly Trust, dated September 22, 2003; GREEN TREE SERVICING, LLC, a Delaware limited liability company; UNITED STATES INTERNAL REVENUE SERVICE; BANK OF AMERICA, National Association; and any and all other persons unknown claiming any right, title, estate, lien or interest in the Property adverse to the Plaintiff's ownership, or any cloud upon Plaintiff's title thereto (DOES 1 through 10, inclusive);

Counterdefendants.

GREEN TREE SERVICING LLC, a Delaware limited liability company,

Counterclaimant and Crossclaimant,

v.

KE ALOHA HOLDINGS, LLC; NEVADA ASSOCIATION SERVICES, INC., a Nevada Corporation; WEST CHARLESTON LOFTS OWNERS ASSOCIATION, a domestic non-profit corporation; and DOES I through X, inclusive,

Counterdefendants and Crossdefendants.

Defendant/Counterclaimant Ke Aloha Holdings, LLC, ("Ke Aloha") by and through its counsel of record, the law firm of Greene Infuso, LLP, and Counterclaimant/Counterdefendant Ditech Financial, LLC, fka Green Tree Servicing, LLC ("Ditech"), by and through its counsel of record, Brooks Hubley, LLP, hereby stipulate and agree to the following:

2

WHEREAS, Ke Aloha filed a Motion for Clarification/Reconsideration ("Motion") on or about April 28, 2017.

WHEREAS, Ditech filed a Limited Opposition to Ke Aloha's Motion on or about May 10, 2017.

WHEREAS, the current deadline for Ke Aloha to file its Reply in Support of its Motion ("Reply") is May 17, 2017;

WHEREAS, the parties hereby stipulate and agree to extend the deadline for Ke Aloha to file its Reply to May 24, 2017;

WHEREAS, there are no other deadlines that are affected by this stipulation and proposed order that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

DATED this 17th day of May, 2017.          DATED this 17th day of May, 2017.

**GREENE INFUSO, LLP**                     **BROOKS HUBLEY, LLP**


/s/ Keith W. Barlow                        /s/ Michael R. Brooks
Michael V. Infuso, Esq.,                   Michael R. Brooks, Esq.,
Nevada Bar No. 7388                        Nevada Bar No. 7287
Keith W. Barlow, Esq.,                     Jessica Perlick, Esq.,
Nevada Bar No. 12689                       Nevada Bar No. 13218
Sean B. Kirby, Esq.,                       1645 Village Center Circle, Ste. 60
3030 South Jones Boulevard, Suite 101      Las Vegas, Nevada 89134
Las Vegas, Nevada 89146
                                           Attorneys for Ditech Financial, LLC, f/k/a
Attorneys for Ke Aloha                     Green Tree Servicing, LLC


### ORDER

**IT IS HEREBY SO ORDERED.**

DATED this 19th day of _____May_____, 2017.



_____
United States District Court Judge