Colt B. Dodrill, Esq.
Nevada Bar No. 9000
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Defendant and Counterclaimant
DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES W. PENGILLY, a Nevada resident, | Case No. 2:14-cv-01463-RFB-NJK |
| Plaintiff, | |
| v. | |
| NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; MARK A. STURMER, a Nevada resident; DOUGLAS L. CROOK, a Nevada resident; BILL BLANCHARD, a Nevada resident; KENNETH R. SAILLEY, a Nevada resident; ERIKA GEISER, a Nevada resident; KE ALOHA HOLDINGS, LLC, a Nevada Limited Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,, | SUBSTITUTION OF ATTORNEY |
| Defendant. | |
| | |
| KE ALOHA HOLDINGS, LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| v. | |
| JAMES W. PENGILLY, an individual; AMANDA M. PENGILLY, an individual; JAMES W. PENGILLY and AMANDA M. PENGILLY, as trustees ofthe James W. Pengilly Trust, dated September 22, 2003; GREEN | |

1

| | |
|---|---|
| 1 | TREE SERVICING LLC, a Delaware Limited Liability Company; UNITED STATES INTERNAL REVENUE SERVICE; BANK OF AMERICA, a National Association; and any and all other persons unknown claiming any right, title, estate, lien or interest in the Property adverse to the Plaintiffs ownership, or any cloud upon Plaintiffs title thereto (DOES 1 through 10, inclusive);, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Counter-Defendants. |
| 8 | |
| 9 | GREEN TREE SERVICING, LLC, a foreign limited liability company, |
| 10 | |
| 11 | Counterclaimant and Cross-Claimant, |
| 12 | v. |
| 13 | KE ALOHA HOLDINGS, LLC, a domestic limited liability company; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; WEST CHARLESTON LOFTS OWNERS ASSOCIATION, a domestic nonprofit corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,, |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | Counter-Defendant(s) and Cross-Defendant(s). |
| 19 | |

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

# SUBSTITUTION OF ATTORNEY

Defendant and Counterclaimant DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING, LLC (hereinafter "DITECH") hereby substitutes Colt B. Dodrill, Esq., WOLFE & WYMAN LLP, 6757 Spencer Street, Las Vegas, NV 89119 Telephone: (702) 476-0100, as attorney of record in place and stead of Michael R. Brooks, Esq. and Jessica Perlick, Esq., BROOKS HUBLEY, LLP, 1645 Village Center Circle, Suite 60, Las Vegas, NV 89134.

DATED: August 23, 2017

By: _____
Representative of DITECH FINANCIAL LLC
f/k/a GREEN TREE SERVICING, LLC

The law offices of Brooks Hubley, LLP hereby consents to the substitution of the law firm of Wolfe & Wyman LLP as attorneys of record for DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING, LLC.

DATED: August ___, 2017          BROOKS HUBLEY, LLP

By: _____
Michael R. Brooks, Esq.
Nevada Bar No. 007287
Jessica Perlick, Esq.
Nevada Bar No. 013218
BROOK HUBLEY, LLP
1645 Village Center Cir., Suite 60
Las Vegas, NV 89134

///
///
///
///

3

2827687.1

**SUBSTITUTION OF ATTORNEY**

Defendant and Counterclaimant DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING, LLC (hereinafter "DITECH") hereby substitutes Colt B. Dodrill, Esq., WOLFE & WYMAN LLP, 6757 Spencer Street, Las Vegas, NV 89119 Telephone: (702) 476-0100, as attorney of record in place and stead of Michael R. Brooks, Esq. and Jessica Perlick, Esq., BROOKS HUBLEY, LLP, 1645 Village Center Circle, Suite 60, Las Vegas, NV 89134.

DATED: August    , 2017

By: _____
Representative of DITECH FINANCIAL LLC
f/k/a GREEN TREE SERVICING, LLC

The law offices of Brooks Hubley, LLP hereby consents to the substitution of the law firm of Wolfe & Wyman LLP as attorneys of record for DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING, LLC.

DATED: August 23, 2017        BROOKS HUBLEY, LLP

By: _____
Michael R. Brooks, Esq.
Nevada Bar No. 007287
Jessica Perlick, Esq.
Nevada Bar No. 013218
BROOK HUBLEY, LLP
1645 Village Center Cir., Suite 60
Las Vegas, NV 89134

///

///

///

///

3

2827687.1

The law firm of Wolfe & Wyman LLP hereby consents to its substitution of record for DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING, LLC in place of Brooks Hubley, LLP.

I am duly admitted to practice in this District.

DATED: August 29, 2017                    WOLFE & WYMAN LLP

                                          By: /s/ Colt J. Dodrill
                                          COLT B. DODRILL, ESQ.
                                          Nevada Bar No. 9000
                                          WOLFE & WYMAN LLP
                                          6757 Spencer Street
                                          Las Vegas, Nevada 89119

                                          Attorneys for Defendant/Counterclaimant
                                          DITECH FINANCIAL LLC f/k/a GREEN TREE
                                          SERVICING, LLC

Please check one: **x** RETAINED, or ____ APPOINTED BY THE COURT

IT IS SO ORDERED.

DATED: August 30, 2017                    _____
                                          UNITED STATES MAGISTRATE JUDGE

4

2827687.1