MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES FOX, ESQ.
Nevada Bar No. 13122
The Law Office of Mike Beede, PLLC
2470 St. Rose Pkwy, Suite 201
Henderson, NV 89074
T: 702-473-8406
F: 702-832-0248
eservice@legallv.com
*Attorneys for KE Aloha Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES W. PENGILLY, a Nevada resident,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; MARK A. STUHMER, a Nevada resident; DOUGLAS L. CROOK, a Nevada resident; BILL BLANCHARD, a Nevada resident; KENNETH R. SAILLEY, a Nevada resident; ERIKA GEISER, a Nevada resident; KE ALOHA HOLDINGS, LLC, a Nevada limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-01463-RFB-NJK<br><br>**SUBSTITUTION OF ATTORNEY** |
| KE ALOHA HOLDINGS, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>v.<br><br>JAMES W. PENGILLY, an individual; AMANDA M. PENGILLY, an individual; JAMES W. PENGILLY and AMANDA M. PENGILLY, as Trustees of the James W. Pengilly Trust, dated September 22, 2003; GREEN TREE SERVICING, LLC, a Delaware limited liability company; UNITED STATES INTERNAL | |

1

REVENUE SERVICE; BANK OF AMERICA, National Association; and any and all other persons unknown claiming any right, title, estate, lien, or interest in the Property adverse to the Plaintiff's ownership, or any cloud upon Plaintiff's title thereto (DOES 1 through 10, inclusive),

          Counter-Defendants.

GREEN TREE SERVICING, LLC, a Delaware limited liability company,

          Counter/Cross-Claimant,

v.

KE ALOHA HOLDINGS, LLC; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; WEST CHARLESTON LOFTS OWNERS ASSOCIATION, a domestic non-profit corporation; and DOES I through X, inclusive,

          Counter/Cross-Defendants.

Greene Infuso, LLP does hereby consent to the substitution of The Law Office of Mike Beede, PLLC to represent the Defendant/Counter-Claimant/Cross-Defendant, KE Aloha Holdings, LLC for the above captioned matter, in the place and stead.

DATED this 2nd day of March, 2018.

          Greene Infuso, LLP

          */c/ Michael V. Infuso*_____
          SEAN KIRBY, ESQ.
          Nevada Bar No. 14224
          MICHAEL V. INFUSO, ESQ.
          Nevada Bar No. 7388
          3030 S. Jones Blvd., Suite 101
          Las Vegas, NV 89146

Melani Schulte, Representative of KE Aloha Holdings, LLC does hereby consent to the substitution of The Law Office of Mike Beede, PLLC in place of Greene Infuso, LLP in the above captioned matter.

DATED this 2nd day of March, 2018.

By: /s/ Melani Schulte_____
Melani Schulte – Member of KE Aloha Holdings, LLC

## ACCEPTANCE OF SUBSTITUTION OF ATTORNEY

I, James W. Fox, Esq., of The Law Office of Mike Beede, PLLC, do hereby agree to substitute in the place of Greene Infuso, LLP, on behalf of Defendant/Counter-Claimant/Cross-Defendant, KE Aloha Holdings, LLC in the above captioned matter.

DATED this 2nd day of March, 2018.

The Law Office of Mike Beede, PLLC

By: /s/ James Fox_____
MICHAEL N. BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
2470 St. Rose Pkwy, Suite 201
Henderson, NV 89074
T: 702-473-8406
F: 702-832-0248
eservice@legallv.com

IT IS SO ORDERED.

Dated: March 5, 2018

_____
UNITED STATES MAGISTRATE JUDGE

3