Michael Beede, Esq.
Nevada Bar No. 13068
James W. Fox, Esq.
Nevada Bar No. 13122
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2470 St. Rose Pkwy, Suite 201
Henderson, NV 89074
T: 702-473-8406
F: 702-832-0248
eservice@legallv.com
*Attorneys for Defendant/Counter-Claimant, KE Aloha Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES W. PENGILLY, a Nevada resident,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; MARK A. STUHMER, a Nevada resident; DOUGLAS L. CROOK, a Nevada resident; BILL BLANCHARD, a Nevada resident; KENNETH R. SAILLEY, a Nevada resident; ERIKA GEISER, a Nevada resident; KE ALOHA HOLDINGS, LLC, a Nevada limited liability company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-01463-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DITECH FINANCIAL LLC'S MOTION TO AMEND REPLY TO COUNTERCLAIM [ECF NO. 165]** |
| KE ALOHA HOLDINGS, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>v.<br><br>JAMES W. PENGILLY, an individual; AMANDA M. PENGILLY, an individual; JAMES W. PENGILLY and AMANDA M. PENGILLY, as Trustees of the James W. Pengilly Trust, dated September 22, 2003; GREEN TREE SERVICING, LLC, a Delaware limited liability company; UNITED STATES INTERNAL REVENUE SERVICE; | |

| | |
|---|---|
| BANK OF AMERICA, National Association; and any and all other persons unknown claiming any right, title, estate, lien or interest in the Property adverse to the Plaintiff's ownership or any cloud upon Plaintiff's title thereto (DOES 1 through 10, inclusive), | |
| Counter-Defendants. | |
| GREEN TREE SERVICING, LLC, a Delaware limited liability company, | |
| Counter/Cross-Claimant, | |
| v. | |
| KE ALOHA HOLDINGS, LLC; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; WEST CHARLESTON LOFTS OWNERS ASSOCIATION, a domestic non-profit corporation; and DOES I through X, inclusive, | |
| Counter/Cross-Defendants. | |

COMES NOW, Defendant/Counter-Claimant/Counter/Cross-Defendant, KE Aloha Holdings, LLC ("KE Aloha") by and through its attorneys of record, Michael Beede, Esq. and James W. Fox, Esq. of The Law Office of Mike Beede, PLLC; and Counter-Defendant/Counter/Cross-Claimant, Ditech Financial LLC f/k/a Green Tree Servicing, LLC ("Ditech"), by and through its attorney of record, Colt B. Dodrill, Esq. of the law firm of Wolfe & Wyman LLP, and hereby stipulate as follows:

1. This matter concerns title to real property commonly known as 11411 Allerton Park Drive, Unit #411, Las Vegas, NV 89135 (the "Property").
2. On March 12, 2018, Ditech filed its Motion to Amend Reply to Counterclaim (Second Request) [ECF No. 165]
3. The Court set a deadline of March 26, 2018 to file any opposition to Ditech's Motion.
4. The parties hereby stipulate to continue the deadline for KE Aloha to file an Opposition to Ditech's Motion [ECF No. 165] by two (2) weeks, until the date of April 9, 2018.

///
///

This is the parties' first request for a modification of the briefing schedule and it is not intended to cause any delay or prejudice to any party.

Dated this 26th day of March, 2018.
THE LAW OFFICE OF MIKE BEEDE, PLLC

/s/ Michael Beede, Esq.
Michael Beede, Esq.
Nevada Bar No. 13068
James W. Fox, Esq.
Nevada Bar No. 13122
2470 St. Rose Pkwy, Suite 201
Henderson, NV 89074
*Attorneys for KE Aloha Holdings, LLC*

Dated this 26th day of March, 2018.
WOLFE & WYMAN LLP

/s/ Colt Dodrill, Esq.
Colt B. Dodrill, Esq.
Nevada Bar No. 9000
6757 Spencer Street
Las Vegas, NV 89119
*Attorney for Ditech Financial LLC f/k/a Green Tree Servicing, LLC*

## ORDER

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: March 27, 2018.

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and that I am not a party to, nor interested in, this action. On the 26th day of March, 2018, I did cause a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DITECH FINANCIAL LLC'S MOTION TO AMEND REPLY TO COUNTERCLAIM [ECF NO. 165]** to be served upon each of the parties involved in this litigation via electronic service through the CM/ECF Electronic Filing System:

     /s/ Allison Zeason
     An Employee of The Law Office of Mike Beede, PLLC