# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES W. PENGILLY,<br><br>Plaintiffs,<br><br>v.<br><br>KE ALOHA HOLDINGS et al.,<br><br>Defendants.<br>AND ALL RELATED COUNTER ACTIONS | Case No. 2:14-cv-01463-RFB-NJK<br><br>**ORDER** |

On October 31, 2019, this Court granted Defendant Ke Aloha Holding LLC's Motion to Release Funds. ECF No. 195. The Court ordered Defendant Ke Aloha to file a notice with the Court with the name and address to which the funds should be released. ECF No. 197. This written order now follows.

**IT IS THEREFORE ORDERED** that all funds plus any accrued interest that were deposited with the Clerk of the Court, pursuant to this Court's order on July 21, 2015, ECF No. 41, are sent to the following entity:

KE Aloha Holdings, LLC
c/o The Law Office of Mike Beede, PLLC
2470 Saint Rose Parkway, Suite 307
Henderson, NV 89074

**DATED**: November 7, 2019 .

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

1